**ORIGINAL**

JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

      -v.-                          :    NOTICE OF INTENT TO
                                  FILE AN INFORMATION

ARTHUR LAURICELLA,

            Defendant.        08 CRIM

- - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         August 7, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney

                 By:   _____
                      E. Danya Perry
                      Assistant United States Attorney

                      AGREED AND CONSENTED TO:

                 By:   _____
                      Charles A. Stillman, Esq.
                      Attorney for Arthur Lauricella

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/8

8/8/08 WHEEL A