```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                  INFORMATION

     - v. -                               08 Cr.        (JSR)

ARTHUR LAURICELLA,                  :

              Defendant.            :      08 CRIM 775

- - - - - - - - - - - - - - - - x
```

### COUNT ONE

The United States Attorney charges:

1.   From at least on or about December 6, 2001 through on or about April 14, 2003, in the Southern District of New York and elsewhere, ARTHUR LAURICELLA, the defendant, having devised and intending to devise a scheme and artifice to defraud, including a scheme and artifice to deprive another of the intangible right of honest services, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, unlawfully, willfully, and knowingly, for the purpose of executing such scheme and artifice and attempting so to do, did place in post offices and authorized depositories for mail matter, matters and things to be sent and delivered by the Postal Service, and did deposit and cause to be deposited matters and things to be sent and delivered by private and commercial interstate carriers, and did take and receive therefrom such matters and things, and did knowingly cause to be delivered, by mail and such carriers according to the directions thereon, and at the places at which

they were directed to be delivered by the persons to whom they were addressed, such matters and things, to wit, ARTHUR LAURICELLA caused his company, Lauricella Press, Inc., d/b/a Imperial Color ("Imperial Color"), to mail from New York, New York, fraudulently inflated invoices for printing work to the Leukemia & Lymphoma Society, Inc. ("LLS"), and caused LLS to mail from White Plains, New York, checks to Imperial Color in payment for such invoices, and kicked back to the purchasing manager in LLS's graphics department a portion of such payments in return for the purchasing manager's award of such printing work to Imperial Color.

(Title 18, United States Code, Sections 1341, 1346, and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA SJR
United States Attorney

| | | |
|---|---|---|
| **August 18, 2008** | <u>**U.S.A. v. ARTHUR LAURICELLA**</u> | <u>**08 Cr.  (JSR)**</u> |



**Waiver of Indictment and Information filed.**
Deft present with atty Charles Stillman, Ausa Danya Perry and Court Reporter Michael MacDonald. The deft entered a plea of guilty. PSI ordered. Sentencing set for December 4th at 2:30 p.m.

**RAKOFF, J.**