UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                      :
UNITED STATES OF AMERICA         **WAIVER OF INDICTMENT**
                                      :
      -v.-                        08 CRIM 775

ARTHUR LAURICELLA,
                                      :
         Defendant.         :
- - - - - - - - - - - - - - - - - -X

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1341, 1346, and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.


Dated:    New York, New York
           August  18 , 2008

                                             ARTHUR LAURICELLA
                                             Defendant


                                             Rigoberto Landero
                                             Witness


                                             Charles A. Stillman, Esq.
                                             Attorney for Arthur Lauricella

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: