

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 19, 2008

**BY HAND DELIVERY and FAX**

The Honorable Jed S. Rakoff
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-08
```

    Re: <u>United States v. Arthur Lauricella</u>,
        08 Cr. 775 (JSR)

Dear Judge Rakoff:

    The Government respectfully requests that the defendant in this case be ordered released on his own recognizance. We do not request any other conditions of release. Counsel for the defendant consents to this request, and requests that the defendant be permitted to sign the Advice of Penalties and Sanctions when he meets with the Probation Department for his pre-sentence interview.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                              By: _____
                              E. Danya Perry
                              Assistant United States Attorney
                              (212) 637-2434

cc: Charles A. Stillman, Esq. (via facsimile)

SO ORDERED

*[signature]*
USDJ
8-19-08